IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02268-WYD-MEH

APOGEE SCIENTIFIC, INC., a Colorado Corporation,

    Plaintiff,

v.

THERMO ELECTRON CORPORATION, a Delaware Corporation,

    Defendant.

**ORDER**

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Plaintiff Apogee Scientific, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  November 21, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge